STATE of Missouri, Respondent,

v.

Larry Don KANOY, Appellant.

No. WD40650.

Missouri Court of Appeals, Western District.

Feb. 28, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1989.

Lawrence R. Magee, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and SHANGLER and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of driving while intoxicated, § 577.010, RSMo 1986, and from sentence of four years imprisonment.

Judgment affirmed. Rule 30.25(b).